# EXHIBIT B

Samuel Dordulian, Esq. (SBN 174717)
Alex M. Valenzuela, Esq. (SBN 233783)
Nina Minassian, Esq. (SBN 325482)
**DORDULIAN LAW GROUP, APC**
550 N. Brand Boulevard., Suite 1990
Glendale, California 91203
Telephone:    (818) 788-4919
Facsimile:     (818) 484-2011
nminassian@dlawgroup.com

Attorneys for Plaintiff,
KORY J.

FILED
Superior Court of California
County of Los Angeles
05/04/2023
David W. Slayton, Executive Officer / Clerk of Court
By: _____M. Vasquez_____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| KORY J., an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOE 1, an individual, DOE 2, a Utah Corporation Sole; DOE 3, a California Corporation, and DOES 4 through 100, inclusive<br><br>　　　　Defendants. | **CASE NO.: 22PSCV03030**<br><br>*AMENDED* [PROPOSED] **ORDER ON PLAINTIFF KORY J.'S EX PARTE APPLICATION FOR PERMISSION TO AMEND THE COMPLAINT TO SUBSTITUTE THE NAME OF DEFENDANTS PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1; AND AN ORDER SEALING CERTIFICATES OF CORROBORATIVE FACTS**<br><br>**Hearing Date:** May 04, 2023<br>**Time:**　　　9:00 a.m.<br>**Dept:**　　　G |

- 1 -

*AMENDED* [PROPOSED]
PLAINTIFF EX PARTE APPLICATION FOR PERMISSION TO AMEND THE COMPLAINT TO SUBSTITUE THE NAME OF DEFENDANT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1

Exh. B 002

1  Having consideration the papers and evidence submitted regarding PLAINTIFF KORY
2  J.'S *AMENDED* EX PARTE APPLICATION FOR PERMISSION TO AMEND THE
3  COMPLAINT TO SUBSTITUTE THE NAME OF DEFENDANTS PURSUANT TO CODE
4  OF CIVIL PROCEDURE SECTION 340.1; AND AN ORDER SEALING CERTIFICATES OF
5  CORROBORATIVE FACTS; DECLARATION OF ALEX VALENZUELA, ESQ. IN
6  SUPPORT THEREOF and following and IN-CAMERA review of the Certificates of
7  Corroborative Fact filed with the court under conditional seal, and good cause being shown.

8  IT IS HEREBY ORDER that, Pursuant to Code of Civil Procedure (CCP) § 340.1(G) and
9  (i), Plaintiff's Complaint may be amended to substitute the names of defendants identified as
10 "DOE 1", "DOE 2", and "DOE 3" with their true name.

11 IT IS FURTHER ORDERED that plaintiff has leave to file publicly, without redaction,
12 the First Amended Complaint ("FAC") filed with the court under Conditional Seal.

13 IT IS FURTHER ORDERED that Pursuant to CCP Section 340.1(o), the court shall keep
14 under seal and confidential from the public, and all other parties, any and all certificated of
15 corroborative fact filed in support of this application.

16 Other proper relief is Granted as follows:

17 _____
18 _____

19 **IT IS SO ORDERED.**
20 DATED: 05/04/2023                    [signature]
21                                      JUDGE OF THE SUPERIOR COURT
                                        Salvatore Sirna / Judge

- 2 -

*AMENDED* [PROPOSED]
PLAINTIFF EX PARTE APPLICATION FOR PERMISSION TO AMEND THE COMPLAINT TO SUBSTITUE THE NAME
OF DEFENDANT PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 340.1

Exh. B 003