| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Samuel Dordulian, Esq. (SBN 174717) <br> Alex Valenzuela, Esq. (SBN 233783) <br> DORDULIAN LAW GROUP <br> 550 North Brand Boulevard, Suite 1990 <br> Glendale, California 91203 | |
| ATTORNEY(S) FOR: Kory J. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Kory J., an individual | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-05273 ODW (RAOx) |
| v. | |
| Melvin Kay Johnson, et al. | CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Kory J._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kory J. | Plaintiff |
| The Church of Jesus Christ of Latter-day Saints | Defendant |
| Melvin Kay Johnson | Defendant |

July 20, 2023                           _/s/ Alex Valenzuela_
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Kory J.