AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Kory J., an individual <br><br> *Plaintiff(s)* <br> v. <br> MELVIN KAY JOHNSON, an individual, <br> [See Attachment] <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-05273 ODW (RAOx) |

**SUMMONS IN A CIVIL ACTION**
ON THE FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*  Melvin Kay Johnson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Dordulian, Esq.
Alex Valenzuela, Esq.
DORDULIAN LAW GROUP
550 North Brand Boulevard, Suite 1990
Glendale, California 91203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  July 21, 2023                                                        _____
                                                                                          *Signature of Clerk or Deputy Clerk*

ATTACHMENT TO SUMMONS

THE CHURCH OF JESUS CHRIST OF LATTER- DAY SAINTS, a Utah Corporation Sole; CORPORATION OF THE PRESIDENT OF THE CALIFORNIA LOS ANGELES MISSION, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a California Corporation; and DOES 4 through 100, inclusive